# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**P.D.,** the Father,
Appellant,

v.

**DEPARTMENT OF CHILDREN AND FAMILIES** and **GUARDIAN AD LITEM PROGRAM,**
Appellee.

No. 4D2023-2340

[April 4, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Yael Gamm, Judge; L.T. Case No. 18-821 DP.

Denise E. Kistner of Law Offices of Denise E. Kistner, P.A., Ft. Lauderdale, for appellant.

Carolyn Schwarz of Children's Legal Services, Ft. Lauderdale, for appellee Department of Children and Families.

Sara Elizabeth Goldfarb and Sarah Todd Weitz of Statewide Guardian ad Litem Office, Tallahassee, for appellee Guardian ad Litem.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., MAY, AND LEVINE, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***